# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-2006-BAS |
| Plaintiff, | **JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| v. | |
| LORANCE ARCHIBEK, | |
| Defendant. | |

The United States of America's Motion to Dismiss the Indictment (ECF No. 11), without prejudice, is GRANTED. The Court dismisses the Indictment without prejudice. Lorance Archibek is on bond and the bond is exonerated.

DATED: October 19, 2021

Hon. Cynthia Bashant
United States District Judge